IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DR. SONIA MARGARITA GANGOTENA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:15-CV-3538 |
| | § | |
| BLINN COLLEGE and MARCELO BUSSIKI, | § | |
| Defendants. | § | |

## AGREED STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF THE COURT:

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear his/her/its own costs, attorneys' fees, and expenses.

Respectfully submitted,

**THOMPSON & HORTON LLP**

By: /s/ Lisa A. Brown
Lisa A. Brown
Federal I.D. No. 11478
Texas Bar No. 03151470
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas  77027-7554
(713) 554-6741 (telephone)
(713) 583-7934 (fax)
lbrown@thompsonhorton.com (email)

**ATTORNEYS FOR DEFENDANTS,
BLINN COLLEGE and MARCELO
BUSSIKI**

                **SOUTHERLAND LAW FIRM**

By:    /s/ J. Alfred Southerland
       J. Alfred Southerland
       Federal I.D. No. 7341
       Texas Bar No. 18860050
       4141 Southwest Freeway, Suite 300
       Houston, Texas  77027-7335
       (281) 928-4932 (telephone)
       (713) 228-8507 (fax)
       alf@southerlandlawfirm.com (email)

**ATTORNEYS FOR PLAINTIFF,**
**DR. SONIA MARGARITA GANGOTENA**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of Agreed Stipulation of Dismissal has been forwarded to opposing counsel on this 6th day of July, 2017, via the Court's electronic service system:

Ms. Lisa A. Brown                                   *Via ECF:* **lbrown@thompsonhorton.com**
**THOMPSON & HORTON LLP**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas  77027-7554

                                 */s/ J. Alfred Southerland*
                                 J. Alfred Southerland