United States District Court
Southern District of Texas
**ENTERED**
July 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SONIA MARGARITA GANGOTENA, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:15-CV-3538 |
| § § | |
| BLINN COLLEGE, *et al*, § § § | |
| Defendants. § | |

### ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal filed by the parties (Dkt. No. 49), this case is DISMISSED WITH PREJUDICE, with each party to bear their own costs.

It is so ORDERED.

SIGNED on this 6th day of July, 2017.

_____
Kenneth M. Hoyt
United States District Judge